**Order entered February 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01181-CV

## JAMES H. GENTRY, Appellant

## V.

## BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's February 13, 2019 motion for a paper copy of the clerk's record. Although appellant has previously been provided a copy of the eighty-eight-page record and has acknowledged receipt, we **GRANT** the motion. We **DIRECT** the Clerk of the Court to send a paper copy of the clerk's record to appellant. Appellant's reply brief remains due March 15, 2019.

/s/    KEN MOLBERG
        JUSTICE